UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JERRY O. GILBERT, SR., <br><br> Plaintiff, <br> v. <br><br> ADVANCED CALL CENTER TECHNOLOGIES, LLC, <br><br> Defendant. | Case No. 1:18-cv-00720 <br><br> Hon. Ray Kent |

## ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff, JERRY O. GILBERT, SR ("Plaintiff"), by and through his attorneys, SULAIMAN LAW GROUP, LTD., having filed with this Court his Agreed Stipulation of Dismissal with Prejudice and the Court having reviewed same, now finds that this matter should be dismissed.

IT IS THEREFORE ORDERED by this Court that the above cause of action is hereby dismissed, with prejudice.

Dated: November 21, 2018

/s/ Ray Kent
United States Magistrate Judge